Pro Se 1 (Rev 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Tampa___ Division

Basavaraj Hooli
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

chad Chronister & Rivers
_____
Defendant(s) Sheriffs office.
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please Hillsboro County
write "see attached" in the space and attach an additional page
with the full list of names.) Tampa fl.

Case No. 8:22 cv 1835 SDM-SPF
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Basavaraj Hooli
Street Address  914 SW 8th Ave #50
City and County Gainesville. Fl 32601
State and Zip Code
Telephone Number 727-741-8405
E-mail Address  basavarajhooli22@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Chad Chronister & Rivers
Job or Title (if known): Sheriff. Hillsboro County
Street Address: 2008 E 8th Ave
City and County: Tampa. FL 33605
State and Zip Code: FL, 33605
Telephone Number: (813) 247-8000
E-mail Address (if known):

Defendant No. 2
Name: ANDRE WIGGINS
Job or Title (if known): Domino Pizza Delivery Person
Street Address: 7016, Conifer Road
City and County: Tampa, Hillsboro County
State and Zip Code: FL. 33617
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: Checkmate LLC. Domino pizza E 2316 Fletcher Rd.
Job or Title (if known): Registered Agent
Street Address: ℅ 200 E. Gaines St.
City and County: Tallahassee FL 32399
State and Zip Code:
Telephone Number: —
E-mail Address (if known): —

Defendant No. 4
Name: Registered Agent. Progressive Auto Insurance
Job or Title (if known):
Street Address: ℅ 200 E. Gaines St.
City and County: Tallahassee FL 32399
State and Zip Code: FL 32399
Telephone Number: —
E-mail Address (if known): —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Basavaraj A. Hooli__, is a citizen of the State of *(name)* __FLORIDA state__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* __Chad Chronister of Rivers__, is a citizen of the State of *(name)* __Florida__. Or is a citizen of *(foreign nation)* __USA__.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Courts decesion.

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) Chad Chronister & Rivers broke Rules of Accident, 30 Mins. a Police officer was coming Due to Domino pizza Supervisor changed to 4 Hours. Even on seeing Actually Auto damage Disabled A Discriminated favoured Andre, Discriminated me Broke off Accident Rules to be impartial, sided with his Vedio, did not do the job. I am Suffering More than a year.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Progressive first gave Claim #. Then Refused to fix the Car as I am Indian, Did not fix the Car. I suffered without a Car, Still suffering

please see the attached papers. Thank

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/10/22

Signature of Plaintiff
Printed Name of Plaintiff: Besavaraj Hooli

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☐ State/Local Officials (*§ 1983 case*)

### III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum**. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.**

1) I went to get Indian Grocery (Fowler Blvd) came South on Fowler took Left Turn on Bruce B. Downs blvd. around 1 mile, Fletcher Crosses, Bruce B. Downs. blvd, Andre Wiggins came from fletcher (2316 East Fletcher Ave, Domino Pizza) with Pizzas (12), Crossed RED TRAFFIC LIGHT, his whole Bumper Metal hit my Left side Door & Front Left Wheel broke, Andre Wiggins was going after hitting to Deliver Pizzas, but Two Vehicles Blocked him 1000 feet East

**Factual Allegations, Continued** *(Page ___ of ___)*

of Intersection Fletcher Ave & Bruce B. Down Blvd. Andre was Escorted by Two Vehicles. Domino Pizza Supervisor Came to Cracker Barrel & chickfile West Parking, Supervisor (Domino Pizza) told him. other Delivery Person saw Accident & called Supervisor to get 12 Pizzas for Delivery. I never saw his inside Vedio, Even chickfile & Cracker Barrel Employees (6) did not see any Vedio. Even he has Vedio, his hitting is Blocked (Front view) only sides & Back sid is Vediowed as Per a Police officer & Current Mayor of Tampa. Even Police Report of July 25th 2021 is placed in September 23rd 2022 as per Mayor. The Report was completed in April, 2022.

At Parking place, According to chickfile/Cracker Bell Barrell Employee, Police officer was coming in 20 Minutes. The two people who Blocked Andre were upset, "Andre running out of Seen".

Now he has come up with Vedio. Domino Pizza Supervisor plaid Major Role, in Manupulating

False & Fraud Police Report. I never thought People cheat, Red Light - Recorded & Vedioed by Traffic Lights.